### Bruce EYTINGE, Libelant-Appellant, v. William H. BERRI, Respondent-Appellee.
### No. 415.

Circuit Court of Appeals, Second Circuit.
May 17, 1937.

C. Walter Randall, of New York City (Crawford & Sprague, of New York City, George C. Sprague, Roy W. Chamberlain, and Nicholas Healy, III, all of New York City, of counsel), for appellant.

Elliott, Jones & Fanning, of Brooklyn (Thomas A. Shaw, of Brooklyn, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges

PER CURIAM.
Decree affirmed. .